UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA

                                                                                    **LETTER**

      -against-

                                                                   IND# 22-CR-692 (LGS)

**LAMOR WHITEHEAD,**

                                    Defendant.
-------------------------------------------------------------------X

Your Honor,

      Through this letter counsel Dawn M. Florio, Esq. writes to the Court regarding the Court's scheduling order.

      The defense wishes to reserve the right to utilize any item of discovery which has previously been produced by the Government. These items are not listed or produced here, as they are obviously known to the Government and within their possession.

      The defense identifies the following items of Rule 16 discovery which we intend to use either on cross-examination or in the defense case, should a defense case be presented:

      Defense Exhibit A: Documentation from Dino Tomassetti Jr. showing him, and his company, Asset Realty & Construction Group, to be the owner of 3160 Villa Avenue, Bronx, NY. We are still awaiting receipt of these documents, and will transmit them to the Government and the Court as soon as they are received.

DATED:    New York, New York
               February 15, 2024

                                          Yours, etc.,

                                          *Dawn M. Florio*

                                          Dawn M. Florio Law Firm P.L.L.C.
                                          **By DAWN M. FLORIO**
                                          Attorney for Defendant
                                          LAMOR WHITEHEAD
                                          488 Madison Ave, 20th Floor
                                          New York, NY 10022
                                          (212)939-9539

To: Clerk of the District Court
    Southern District of New York

Assistant United States Attorney Jane Kim

Assistant United States Attorney Jessica Greenwood
Assistant United States Attorney Derek Wikstrom