**Schofield NYSD Chambers**

| | |
|---|---|
| **From:** | Helen Smith |
| **Sent:** | Monday, April 29, 2024 9:00 AM |
| **To:** | Schofield NYSD Chambers |
| **Subject:** | USA vs Lamor Whitehead 1:2022-cr-00692-591214 - Facebook Post- |

**CAUTION - EXTERNAL:**

Dear Judge Schofield,

I am writing to inform you about Mr. Lamor Whitehead who was convicted on March 11, 2024. Since his conviction, he has been making false accusations against the prosecutors, the Anderson family, and the FBI, claiming that his conviction was a setup. He has been on a press tour with Jamal Bryant called "Let's Be Clear" podcast and has created a "Not Guilty" podcast on Youtube, which is causing a lot of distress to the Anderson family as they have received threats because of his behavior.

I urge you to take action as Mr. Whitehead is not taking accountability for his actions and must stop this behavior immediately.

Thank you for your attention to this matter.


Sincerely,
H. Smith

The Court is in receipt of the below email by Helen Smith.  Although Ms. Smith has not sought nor been granted leave to intervene, the Court is concerned about the referenced alleged threats.  Defendant shall file a response to the allegations in the email **May 6, 2024**.  The Government shall file a response by **May 9, 2024**.  The parties shall appear for a status conference on **May 20, 2024, at 10:30 a.m**.

Dated: May 1, 2024
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

1

← **Bishop Lamor M. W[**

**Posts**   About   Pho[



Bishop Lamor M. W[
Reels · 17h · 🌐

Brandon Bellmonte The F[
Prosecutor's And The FB[
investigation up with a lie[
Bellmonte Spoke To The N[
Was I Found Guilty ! Tune [
30, 2024 @8pm http://W[

8:56

< Bishop Lamor M. W

**Posts**   About   Pho

posts



Bishop Lamor M. W
Reels · 6h · 🌐

April 30, 2024 8pm http:/
Www.youtube.com/
@bishopwhiteheadchann

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.