The Honorable Judge Lorna G. Schofield:

Re: Bishop Lamor Whitehead Character Referral Letter

I, Cynthia C. Belle, am writing this character referral letter for Bishop Lamor Whitehead who is my Godson. I have known him his entire life and watched him develop into a beautiful young man who is sensitive to other people's needs.

He went to college on a basketball scholarship, and through his good works received honorary doctorates. Along the years I have been fortunate to witness many ceremonies of accomplishments such as his Ordination service as a Minister, Bishop, and Chief Apostle. There were many distinguished guests that were there, and some took part in the ceremony.

Bishop Whitehead opened a place of worship for his people, to demonstrate his care for them and his community. Many young people as well as many adults followed his leadership. Bishop Whitehead cares so much for people that on many Thanksgivings he would make sure he distributed turkeys, with all the trimmings, for over a hundred or more hungry families. He organized back to school supply drives, filled up a bookbag and each parent who met him at Cookies Department store received a gift card of $100.00 for uniforms for each child.

Bishop Whitehead has three wonderful children who love him dearly and it makes me proud to see him interact with them and make sure they know that he loves them and provides for them as a father should.  He loves and takes care of his mother and his grandmother who recently died at the age of over 100.  With all the pressures of the evil things he had to go through he continues to stand firm, knowing that God will give him the strength to go on.

Bishop Whitehead is a man of God, and I ask that you show mercy in sentencing him.

Sincerely,

Cynthia C. Belle

The Honorable Judge Lorna G. Schofield

Re: Bishop Lamor Whitehead Character Referral Letter

My name is Jeffery Cochran and I am Lamor Whitehead's cousin. I watched him grow up and he was a great kid and has always treated me with respect. Once he became a man he always took care of his family, his children, and his 108 year old grandmother until the end. He takes care of his mother, and his siblings. Lamor always tried to take care of his extended family as well. Lamor worked in the community with young adults and children, which is vital for today's youth. Lamor has always been extremely generous and has given back to the community for many years. He does food drives, clothing drives, and helps people when they are down and out. Lamor has always had a great personality, very charismatic and always has a smile on his face. He has a great sense of humor and you always feel good when he's around. Please take these things into consideration, he is much needed by his community and family.

Sincerely,

Jeffery Cochran

To: The Honorable judge Lorna G. Schofield
Re: Bishop Lamor Whitehead Character reference letter

Hello, my name is Derrick J. Whitehead, Lamor's younger brother. I'm writing in reference to Lamor Whitehead who is appearing before your court after his conviction. I hope you take my letter into consideration before you sentence him and I also hope you see the impact he had on my life, which lead me to be the man that I am today.

I am writing this letter, from my heart, because I don't know when I will see Lamor again, and I want to make sure that you get to know who he truly is. I feel strongly about my brother Lamor Whitehead and his future, and I wanted to try to make you feel somewhat the same way if possible.

Lamor Whitehead is truly a nice, kindhearted person who would do anything for his friends and family. Due to these circumstances, it may seem farfetched to believe but nonetheless it's the truth and I can attest to that.

My brother was always there for me, we grew up in the same house until he left for college. As adults, living 5 hours apart, traveling home often to visit wasn't ideal due to work and raising my family, but we still maintained a solid relationship, via phone calls, facetime, as well as over social media. I currently live in the state of Massachusetts with my wife and three children, but you would have thought I lived next door based on the relationship me and Lamor have. I witnessed Lamor Whitehead at his best times as well as his worst, life is full of ups and downs as we all know and all the while I have been convinced that he is still a great role model and a good person.

Lamor Whitehead would never try to hurt anyone, I hope you can understand this as you read my letter. I know he must receive the punishment after conviction, but at the same time I ask that you be fair and consider his future because everybody deserves an opportunity to get a second chance in life. I hope you can be fair in your sentence; He has a lot of friends and family that truly love and care for him. I also hope you will recognize the power you wield regarding his future, and his children's future.

Thank You,

Derrick J. Whitehead

Dear Honorable Judge Lorna G. Schoenfeld,

Your Honor, I, Brian Figeroux, am writing this character reference letter for Bishop Lamor Whitehead, currently facing sentencing. As a fellow community member, I have witnessed Bishop Whitehead's unwavering commitment to serving others, especially those facing adversity.

As the Bible says in Psalm 34:18, "The Lord is near to the brokenhearted and saves the crushed in spirit." On Sunday, September 11, 2016, at a service by his church, Leaders of Tomorrow in Brooklyn, I was presented a Citation by Bishop Lamor Whitehead on behalf of the former borough president and current mayor, Eric Adams. The words, signed and affixed by the future mayor, recognized Bishop Whitehead as a proxy for saluting and applauding influential individuals whose significant achievements and community activities had positively impacted the lives of the people of the Borough of Brooklyn.

In addition to myself, there were other honorees, amongst them several pastors who had found God during their incarceration, whether state or federal. These pastors, including Bishop Whitehead, spoke about their journey from incarceration to freedom and their journey of accepting Jesus Christ as their savior. The pastors' sermons can only be described as inspirational and touching. Bishop Whitehead's sermons, delivered with passion and conviction, brought tears to the eyes of me and several other guests. Bishop Whitehead's journey, and the journey of many men of color, is one of the biggest tragedies in the black community.

Bishop Whitehead and I have crossed paths numerous times over the years through his impactful work in the community and his church, Leaders of Tomorrow, a 501(c)(3) organization. His efforts to build his church through social media and his physical presence in Brooklyn, New York, have resonated far beyond our borough, touching the lives of countless individuals, regardless of their background. His work has instilled hope in many, demonstrating the transformative power of faith and community.

Bishop Whitehead is a soldier of God who works in the name of Jesus Christ to change the lives of many, giving them hope, letting them know they had to work hard to achieve their goals, whatever it may be from going back to school, focusing on their jobs, taking care of their children, their elders, and the poor, while at the same time, trying to build the self-esteem of his followers so that they can be productive members of society. Bishop Whitehead's journey from incarceration to freedom is a testament to the power of transformation. He believes, and I believe, that he was doing God's work.

Today, Bishop Whitehead stands before you, your Honor, at his sentencing hearing. I believe that probation, not incarceration, is the best approach the court should take. I am convinced his work in the community and with his church has the potential to help hundreds of people who were either incarcerated, formerly incarcerated, or in our community who needed help and seek guidance. Bishop Whitehead and his church organization can positively impact our community with this opportunity. I am willing to work with him, to steer him and his church in the direction that Jesus Christ, our Lord, and Savior, would like him to follow. As said in Proverbs 35-6: "Trust in the Lord with all your heart, and do not lean on your own understanding. In all your ways, acknowledge him, and he will direct your paths."

I urge the court to consider Bishop Lamor Whitehead's contributions. Please show mercy.

Respectfully,

Brian Figeroux, Esq.

The Honorable Judge Lorna G. Schofield

Re: Bishop Lamor Whitehead Character Referral Letter

Dear Honorable Judge, my name is Chrisone Anderson. I am writing this character reference on behalf of my brother Bishop Lamor Whitehead. I have witnessed his generosity towards people in the community from childhood to present. His unwavering spirit to help others has been remarkable to watch.

I have watched Lamor build his faith based church in Brooklyn, New York through hard work and dedication for the community he served. In the past he fed families from all walks of life by allowing them to shop at grocery stores in Brooklyn for the holidays along with a toy give away at his church. He also gave out gift cards to spend at a particular clothing store for back to school shopping. Lamor has ministered to people who are incarcerated and people in the community, as long as he was able to preach the word of God and save lives he was fulfilled.

Please consider all the work he has done for others in the community before you render your decision. I pray that you give him probation not incarceration, so that he can continue his work in the community, and also raise his young children.

Respectfully,

Chrisone Anderson

Dear Honorable Judge Lorna G. Schoenfeld
Re: Bishop Lamor Whitehead Character Reference Letter

My name is Jaidyn L. Whitehead. I am the son of Lamor M. Whitehead. First, I'd like to say that I hope all is well. I am 16 years old and my baby sister is 9. Her name is Soriah, and she is a great dancer. Our relationship with our dad is very strong and pure. From training me in sports to just talking and walking with me, he is a great father. Soriah cries most nights because she misses her dad. I console her, I love her to death, but I can only do so much. Only her father can fill that void, and heal the pain she is feeling right now.

To get more in depth on the impact and great traits my father brings to my sister and I, my dad is our Mr. Makes-It-Happen. No matter the circumstances he gets the jobs done for us. I suffer from anxiety and depression, which plays a part in how much I communicate with others, however my father and I have a bond that is stronger than ever. Ever since the decision to keep him until his sentencing arrives I have been lost mentally. My father and I have always have a tight bond.

Your Honor, whatever you decide I ask that you please not be too harsh. A childhood without a father is very rough, not just for me, but mainly for my little sister. This topic makes me very emotional, and is difficult to talk about, so I will keep this short. My father, Lamor M. Whitehead, is a great person, dad, and teammate. Whenever we have the time to play basketball he was always willing to play and help me get better.

I ask that when you make your decision you please keep the impact it will have on me, but more importantly on my little sister, in mind. I don't know what we will do without him.

Thank you for your time, and have a blessed day,

Jaidyn L. Whitehead

The Honorable Judge Lorna G. Schofield
Re: Bishop Lamor Whitehead Character Referral Letter

Dear Honorable Judge, my name is Faith Whitehead and I am the mother of Lamor Whitehead. I am writing to you in regard to my concern for my son. Lamor has always been kind to everyone he meets, he would give you the shirt off of his back. He has been a Pastor for eleven years dedicating his life to the community. Lamor gives to the children's hospital and homeless shelters. Lamor has held numerous food drives to feed the needy. Lamor would let people go into the store as well and get anything they needed and pay for it himself when they could not. Lamor would even pay peoples rent when they fell behind. Lamor would help people buy homes and made sure that children had clothes on their back and shoes on their feet. Lamor is so generous and helps provide for me as well. He has such a good heart and he is such a giving person. I love him so much and I need him. We just lost my mother at 108 years old and he was such a blessing to us, he always took care of his grandmother. I don't want to lose him, my heart is hurting. Please take these things into consideration for my son.

Respectfully,

Faith Whitehead